# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS JAMES MORROW,<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>     Defendant. | Case No. CIV-17-146-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 12, 2018, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Specifically, the Magistrate Judge recommended that the ALJ be directed to: (1) affirmatively link the findings on credibility to the record and Plaintiff's testimony, and (2) consider whether the medical evidence indicates that a closed period of disability should be assessed.

The Government filed an objection on September 21, 2018, arguing that the Magistrate Judge did not follow the appropriate highly-deferential standard of review, but instead reviewed the evidence *de novo*. The Government requests that the court affirm the Commissioner's final decision.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for further proceedings is well-supported. Accordingly, the Report and Recommendation of the

United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 27th day of September, 2018.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**